# COUNTY OF SUFFOLK



**SUFFOLK COUNTY CLERK'S OFFICE**

**JUDITH A. PASCALE**
SUFFOLK COUNTY CLERK
*WWW.SUFFOLKCOUNTYNY.GOV*
Court Actions
631-852-2000 ext. 859

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 08 2019 ★
LONG ISLAND OFFICE

Date: 5/8/2019

To whom it may concern:

Please find a Certified Copy of our Clerk's Minutes for the E-filed Supreme Court case, Index # 18-623754, along with a copy of the Notice of Removal or 8019(c) with order.

Since the above mentioned case is E-filed, there are no hard copies of the documents. If you need hard copies of the case, please refer to the Attorneys representing the parties who should be able to furnish your office with such copies.

If you have any questions, please call the number at the top of this page.

Thank you,


Tracy Lorenz
Principle Clerk Typist
E-filing Coordinator

19cv2601
(SJF)(AYS)



# COUNTY CLERK'S OFFICE
## STATE OF NEW YORK
COUNTY OF SUFFOLK

I, JUDITH A. PASCALE, Clerk of the County of Suffolk and the Court of Record thereof do hereby certify that I have compared the annexed with the original **CLERKS MINUTES NYSCEF**
filed in my office on **05/03/2019**
and, that the same is a true copy thereof, and of the whole of such original.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said County and Court this **5/3/2019** .

SUFFOLK COUNTY CLERK

*Judith A. Pascale*

JUDITH A. PASCALE

SEAL



NYSCEF  
Suffolk County Supreme Court

**Document List**  
Index # 623754/2018

Created on: 05/03/2019 04:24 PM

Case Caption: THELMA BROWN-SYKES v. ALPHA RECOVERY CORP. et al  
Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE | Processed | 12/04/2018 | Pashkin, M. |
| 2 | EXHIBIT(S)<br>Collection Letter | Processed | 12/04/2018 | Pashkin, M. |
| 3 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 04/08/2019 | Pashkin, M. |
| 4 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 04/08/2019 | Pashkin, M. |
| 5 | NOTICE OF REMOVAL / REMAND (PRE RJI) | Processed | 05/02/2019 | Salvo, C. |
| 6 | NOTICE OF REMOVAL / REMAND (PRE RJI)<br>NOTICE OF REMOVAL FILED AT EASTERN DISTRICT COURT | Processed | 05/02/2019 | Salvo, C. |
| 7 | EXHIBIT(S)<br>Copy of Summons with Notice | Processed | 05/02/2019 | Salvo, C. |
| 8 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 05/02/2019 | Salvo, C. |

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

---

THELMA BROWN-SYKES,
ON BEHALF OF HERSELF AND ALL OTHERS
SIMILARLY SITUATED,

                    Plaintiff,

-against-

ALPHA RECOVERY CORP. AND VELOCITY INVESTMENTS, L.L.C.,

                    Defendants.

---

Index No.: 623754/2018

**NOTICE OF FILING OF NOTICE OF REMOVAL TO FEDERAL COURT**

To the Clerk of the Supreme Court of the State of New York, County of Suffolk and Plaintiff, Thelma Brown-Sykes, On Behalf of Herself and all Others Similarly Situated:

**PLEASE TAKE NOTICE** that a Notice of Removal of this action was filed in the United States District Court for the Eastern District of New York, on May 2, 2019;

A copy of the said Notice of Removal is attached to this Notice and is served and filed herewith;

**PLEASE TAKE FURTHER NOTICE** that pursuant to 28 U.S.C. §1446, the filing of said Notice of Removal in the United States District Court for the Eastern District of New York together with the filing of a copy of said notice with this Court, effects the removal of this action and the above-captioned court may proceed no further unless and until the case is remanded.

Dated: May 2, 2019

                                          THE SALVO LAW FIRM, P.C.

                By: _____
                                          CINDY D. SALVO

                                          185 Fairfield Ave, Suite 3C/3D
                                          West Caldwell, New Jersey 07006
                                          (973) 226-2220
                                          (973) 900-8800 (fax)
                                          csalvo@salvolawfirm.com

Attorneys for Defendants,
Alpha Recovery Corp. and
Velocity Investments, L.L.C.